IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-cr-00032-3 |
| | ) | Judge Haynes/Brown |
| JAMES TALBOT MCCULLOUGH | ) | |

**ORDER**

On March 19, 2014, the Defendant appeared for an initial appearance on an indictment. The Defendant appeared after his arrest in the Central District of California, Western Division at Los Angeles. At his appearance before Magistrate Judge Suzanne H. Segal, the Defendant was released on a $50,000.00 appearance bond.

After appointment of counsel, the Defendant, through counsel, waived his right to the reading of the indictment and entered a plea of not guilty. The defendant was released on the same conditions set by order entered in the Central District of California, with an additional condition that the Defendant not possess a firearm, destructive device, or other weapon.

The U.S. Marshal Service is **DIRECTED** to provide the Defendant transportation to and from scheduled Court appearances in this District, pending any changes to the Defendant's financial situation.

It is so **ORDERED**.

_____
JOE B. BROWN
United States Magistrate Judge