UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00032 |
| | ) | JUDGE CAMPBELL |
| JAMES TALBOT MCCULLOUGH | ) | |

ORDER

Pending before the Court are the Defendant's Second Motion To Transfer Sentencing To The Central District Of California (Docket No. 120), and the Government's Response (Docket No. 122) in opposition. Through the Motion, the Defendant seeks to transfer the sentencing in this case to the Central District of California because he is residing in that District. In support of the request, the Defendant cites Rule 20 of the Federal Rules of Criminal Procedure.

Rule 20 provides in pertinent part as follows:

(a) A prosecution may be transferred from the district where the indictment or information is pending, or from which a warrant on a complaint has been issued, to the district where the defendant is arrested, held, or present if:

> (1) the defendant states in writing a wish to plead guilty or nolo contendere and to waive trial in the district where the indictment, information, or complaint is pending, consents in writing to the court's disposing of the case in the transferee district, and files the statement in the transferee district; and

> (2) the United States attorneys in both districts approve the transfer in writing.

Because the United States Attorney in this District has objected to the transfer, the requirements of Rule 20 have not been met. Accordingly, the Motion is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE