UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00032 |
| | ) | JUDGE CAMPBELL |
| JAMES McCULLOUGH | ) | |

ORDER

Pending before the Court is the Government's Motion to Continue Sentencing Hearing (Docket No. 127). Through the Motion, the Government seeks a continuance because the Defendant is in state custody in California and they need time to get him transported.

The Motion is GRANTED. The sentencing hearing currently scheduled for November 18, 2015, is RESCHEDULED January 15, 2016, at 9:00 a.m. The Defendant shall attend all Court hearings in this case.

All motions for a departure or pursuant to <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE